All the Justices present concurred.

[Crim. No. 1882.  Second Appellate District, Division One.—September 3, 1929.]

In the Matter of the Application of A. ST. JOHN for a Writ of Habeas Corpus.

Dave F. Smith, Walter T. Casey and Olin N. Mackay for Petitioner.

Harry Chamberlain for Respondent.

THE COURT.—■ It appears that the evidence before the Superior Court, in the contempt proceeding, was sufficient to justify that court in finding that the defendant was then and there financially able to make the payments required of him by the court's order.  (*In re Rasmussen,* 56 Cal. App. 368 [205 Pac. 72].)

It is therefore ordered that the petitioner be and he hereby is remanded to custody.